# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Mikhael Amirul El

**v.**

JOSEPH DILLARD P37225
PARKSIDE INVESTMENT Mgmt., LLC

Case: 2:20-cv-12297
Judge: Friedman, Bernard A.
MJ: Whalen, R. Steven
Filed: 08-13-2020 At 10:24 AM
CMP MIKHAEL AMIRUL EL V JOSEPH DILLARD ET AL (SS)

Jury Trial: Yes or No

## I. The Parties to This Complaint

    A. The Plaintiff
    1. Mikhael Amirul El
       Of MICHAEL ANTHONY BRYANT JR
       576 LAKEWOOD STREET
       DETROIT, MICHIGAN 48215 U.S.A

    B. The Defendant
    1. JOSEPH DILLARD P37225
       18222 LIVERNOIS AVENUE
       DETROIT, MICHIGAN 48221 U.S.A

    2. PARKSIDE INVESTMENT Mgmt., LLC

## II. Basis for Jurisdiction

### A. Basis for Jurisdiction Is a Federal Question

    1. 18 USC § 205 (a)(1)(2) Activities of officers and employees in claims against and other matters affecting the Government.

    2. 18 USC § 287 False, fictitious or fraudulent claims.

    3. 18 USC § 373 (a)(b) Solicitation to commit a crime of violence.

    4. 18 USC § 641 Public money, property or records.

    5. 18 USC § 1001 (a)(1)(2)(3), (c)(1) Statements or entries generally.

    6. 18 USC § 1021 Title records.

    7. United States Constitution Article [V] (Amendment 5 Rights of Person) nor be deprived of life, liberty, or property without due process of law; nor shall private property be taken for public use, without just compensation.

    8. 18 USC § 242 Deprivation of rights under color of law.

1

9. 18 USC § 245 Federally protected activities.

10. The Treaty of Peace and Friendship; Between the United States of America, and His Imperia Majesty the Emperor of Morocco Article XXII.

**B. Basis for Jurisdiction is Diversity of Citizenship**

    1. The Plaintiff
    I Mikhael Amirul El, In Propria Persona, Sur Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Right.

    2. The Defendant
        a.) The Defendant, (name) JOSEPH DILLARD is a citizen of the State of not known.

        b.) The Defendant, (name) PARKSIDE INVESTMENT Mgmt., LLC is incorporated under the laws of the State of not known.

    3. The Amount in Controversy
    Total 250,000; The sum is for the following; 36,000 for violations of United States Federal Code, 39,000 for violations of Constitutionally secured rights and Aboriginal rights secured by The Peace and Friendship Treaty and 175,000 for exemplary damages.

## III. Cause of Action

JOSEPH DILLARD file a termination of tenancy case no. 20 342 561 LT for PARKSIDE INVESTMENT Mgmt., LLC Friday, February 7, 2020 at 36th District Court. I was not notified about the proceeding, where he fraudulently claimed, ownership of my property; 576 Lakewood Street Detroit, Michigan 48215 in violation of (**18 USC § 205 (a)(1)(2), 18 USC § 287**).

JOSEPH DILLARD plans to file an order of eviction for 576 Lakewood Street, Detroit, Michigan 48215 a property he nor PARKSIDE INVESTMENT Mgmt. LLC lawfully own in violation of (**18 USC § 373(a)(b), 18 USC § 641, United States Constitution Article [V] and Treaty Peace and Friendship Article XXII**).

Claims that PARKSIDE INVESTMENT Mgmt., LLC had possession, a lawful deed or a tenant agreement with anyone at 576 Lakewood Street, Detroit, Michigan 48215 in violation of (**18 USC § 1001 (a)(1)(2)(3) (c)(1), 18 USC § 1021**). The purpose of this statue is to protect the authorized functions of governmental department and agencies from the perversion which might result from deceptive practices constitute (**United States v. Shah, United States v. Guzman).**

## VI. Relief

    I, Mikhael Amirul El, do not, under any condition or circumstance, by threat, duress, or coercion waive any rights Inalienable, Secured by the Constitution or Treaty, and, hereby require the United States District Court to fulfill their obligation to preserve the rights of this Plaintiff (A Moor American) and carry out their Judicial Duty in good faith by ordering Defendant to be brought before the Law to answer for His criminal and unjust actions.

I receive correspondence dated 08/03/2020 from Mr. DILLARD a order of eviction up date, from the 36th District Court landlord tenant division I wish for: The United States District Court to stop these proceeding,

1.) 24,000 for violation of 18 USC § 205(a)(1)(2)
2.) 10,000 for violation of 18 USC § 287
3.) 10,000 for violation of 18 USC § 242
4.) 10,000 for violation of 18 USC § 245
5.) 36,000 for Constitutional and Treaty Right violation Mr. DILLARD/PARKSIDE INVESTMENT is attempting to deprive me life, liberty and property, with out due process of law. Steal my private property which I lawfully hold title, in addition have Aboriginal birthrights to occupy. This all being done without any offer of just compensation.
6.) 175,000 Mr. DILLARD/PARKSIDE INVESTMENT knowingly and maliciously ignore public record that prove I hold proper ownership and under the color of law made false claim to my land, attempting to fraudulently steal my property. This caused emotional distress, sleepless night, fear, humiliation, outrage, continuous injury to my feelings and uncertainty in my security.

Defendant JOSEPH DILLARD P37225 and PARKSIDE INVESTMENT Mgmt. LLC, 18222 Livernois Avenue Detroit, Michigan 48221 is being sued for 75,000 for compensatory damages and 175,000 exemplary damages in his official and private capacity payable in lawful money.


## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with requirements of Rule 11.

In Honour Always,
Thank You
I Am:_____
Mikhael Amirul El,
Of MICHAEL ANTH̶̶̶̶RYANT JR
576 LAKEWOOD STREET
DETROIT, MICHIGAN 48215

Additional Information: Attached: Exhibit A; one, page Name correction and six, page International Proclamation and Exhibit B; a copy of a UCC Financing Statement.
I Am Mikhael Amirul El, Moorish- American (Title 8 USC § 1401). Executor of: MICHAEL ANTHONY BRYANT JR

Exhibit A

# THE MOORISH NATIONAL REPUBLIC
## FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
**Societas Republicae Ea Al Maurikanos.**
**Aboriginal and Indigenous Natural Peoples of the Land.**
**The true and de jure Al Moroccans / Americans.**

## 𝔑otice 𝔒f 𝔓ublic 𝔑ecords 𝔠orrection
### 𝔍nternational 𝔇ocument
**For The Record, To Be Read Into The Record**
Notice to Agent is Notice to Principal — Notice to Principal is Notice to Agent.

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms my political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Love, Truth, Peace, Freedom and Justice, exercising my natural Substantive Rights and Religious Heritage; is self executing.

Attached is a one page Name correction and six page International Proclamation.

In Honour Always,
Thank You.
I Am:
Dominus Nobilis El, Consul
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: Without Recourse, With Prejudice
Northwest Amexem



  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

I, Mikhael Amirul El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, MICHAEL ANTHONY BRYANT JR, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Mikhael Amirul El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al, Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: AA 222141- TRUTH A-1
3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].
7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Mikhael Amirul El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _Mikhael Amirul El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Akosuwa Anuotah Hathorali El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Disaina El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LNANCT No. 0801H

  

**I.S.L.A.M.**   *Moorish Americans - Northwest Amexem*

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Mikhael Amirul El**, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, Mikhael Amirul El, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

*Egypt*, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South and Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

*The* '**Great Seal Pyramid**' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*The* Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, Ali, El, Bey, Dey, and Al. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

"*Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory...*"

*The* present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free— were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom,** and **Justice.** The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

2

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations **"Universal Declarations on Human Rights"** Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; **"Executive Order 13107"**—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

 *Furthermore*, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);   The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1.  *The* Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781:

2.  *The* use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3.  *The* Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:

4.  *The* Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5.  *State* Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

6.  *The* state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300:

7.  *Traveling* in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

8. *U*nder the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. *W*here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. *T*he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. *F*or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. *I*f any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".**

13. "*L*ack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties". Industrial Addition Association v. C.I,R., 323 US 310, 313.**

*W*hereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

*W*hereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*T*hat the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. **Marbury v. Madison 5 U.S. 137, 174, 176 (1803).** Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

## *T*itle 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*I*f two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...

*I*f two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

*T*hey shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an

4

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### *𝒯*itle 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*𝒲hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

*𝒯*herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D ≈ 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

*𝒲*herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur\*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

*ℰ*xplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens.  Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State).  Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States.  Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles.  The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes!  These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

*I*, Mikhael Amirul El. A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*Hibu* (Love), *Haqq* (Truth), *Salaam* (Peace), *Hurryatun* (Freedom), *Adl* (Justice), *All* Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*I* Am: _____.
*Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved*

*Aboriginal* / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Amexu / Americanus)

*By* Special Appearance, in Honor, the Divine Being, Mikhael Amirul El, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

Chronos:
Day: ___     Month: _____     Year: _____.

*I* Am: _____.
Vizir / Minister: *Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved*
Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

Witness: _____.
*Natural Person - In Propria Persona - All Rights Reserved*

Witness: _____.
*Natural Person - In Propria Persona - All Rights Reserve*

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

State of Michigan
County of Wayne

Sworn to and subscribed before me on the 19 day of Dec. 2018

Notary Public's Signature
My Commission Expires
11-25-2024

6

Exhibit B

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

Filing Number: 20200321000061-9

Filing Date and Time: 03/21/2020 11:41 AM

Total Number of Pages: 2

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mikhael Amirul :El

**B. E-MAIL CONTACT AT FILER (optional)**
malc400040@gmail.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**
Mikhael Amirul :El
576 LAKEWOOD STREET
Detroit, MI 48215 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME **BRYANT** | FIRST PERSONAL NAME **MICHAEL** | ADDITIONAL NAME(S)/INITIAL(S) **ANTHONY** | SUFFIX **Jr.** |
| 1c. MAILING ADDRESS **576 LAKEWOOD** | CITY **DETROIT** | STATE **MI** POSTAL CODE **48215** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME **:El** | FIRST PERSONAL NAME **Mikhael** | ADDITIONAL NAME(S)/INITIAL(S) **Amirul** | SUFFIX |
| 3c. MAILING ADDRESS **3017 South Edsel Street** | CITY **Detroit** | STATE **MI** POSTAL CODE **48217** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
This is an actual and constructive notice that all debtor's interest now owned or hereafter acquired is hereby accepted as collateral obligation in favor of the Secured Party as detailed in a true complete notarized Security Agreement in the possession of the Secured Party: UN International law Convention of Human Rights 1948; UN International Law Convention of Children to a Name and Nationality 1959; Peonage Slavery, Extortion, RICO; The Sundry Moors Act of 1790 1994/45 Draft United Nations Declaration of the rights on indigenous peoples; U.N. Convention of Discrimination 1998. Creek Nation petition #208/1999, Treaty of Peace and Recognition 1996. Mansion Rouge Land Grant (U.S. Supreme Court Decision by Judge Theo H. Mc Cleb of Henry Turner-Moorish National-vs-United Stated, 1848), a case declaring Moors owners of the land. Maui International Peace Treaty 1997, Right to travel rights to association. DOB 12/08/1973. All Rights Reserved from levy adjustment of this filing is from Public Policy HJR192. Public Law 73-10 and ucc1-104. All proceeds, products, account, fixture and the orders there from are released, ss# 384826154, id# B 652 603 067 934, case# 20 342 561 LT and case# 20340623.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S SURNAME**
BRYANT

**FIRST PERSONAL NAME**
MICHAEL

**ADDITIONAL NAME(S)/INITIAL(S)**
ANTHONY

**SUFFIX**
Jr.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR **10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**

**SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR 

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):
Mikhael Amirul El 576 Lakewood Detroit Michigan
48215

**16.** Description of real estate:
Michigan to wit N EDSEL 256 HARRAHS FORT ST SUB L30 P53
PLATS W C R 20 424 30X100 Michigan to wit E LAKEWOOD 11
MARSHLAND BOULEVARD SUB L26 P92 PLATS W C R 21 293
40X140 02 Michigan to wit E LAKEWOOD 12 MARSHLAND
BOULEVARD SUB L26 P92 PLATS W C R 2 293 40X140 02

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20200322000034-4

Filing Date and Time: 03/22/2020 12:51 PM

Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mikhael Amirul :El

**B. E-MAIL CONTACT AT FILER (optional)**
malc400040@gmail.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
Mikhael Amirul :El
576 LAKEWOOD STREET
Detroit, MI 48215 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ |
|---|---|
| 20200321000061-9 | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

This issuance is for DEBTOR above for this filing includes all DEBTOR'S Collateral asset and property. The total amount is 100,000,000,000.00 (one hundred billion UNITED STATES DOLLARS) for the unlawful Act of conspiring, under the color of Law and fraud under the CONSTITUTION OF THE UNITED STATES OF AMERICA, the treaties and UNITED STATES CODE as list Title 18 U.S.C. §; 205, 241, 286, 287, 371, 372, 373, 521, 591, 641, 659, 660, 701, 712, 871, 962, 1001, 1091, 1201. Right to Travel 3381, 2282. Common law copy rights.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME :El | FIRST PERSONAL NAME Mikhael | ADDITIONAL NAME(S)/INITIAL(S) Amirul | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mikhael Amirul :El

**B. E-MAIL CONTACT AT FILER (optional)**
malc400040@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Mikhael Amirul :El
3017 South Edsel Street
Detroit, MI 48217 USA

Michigan Department of State – Uniform Commercial Code

Filing Number: 20200324000016-6
Filing Date and Time: 03/24/2020 02:43 AM
Total Number of Pages: 1

*(This document was filed electronically)*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20200321000061-9

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

☑ This Change affects ☑ Debtor or ☐ Secured Party of record   |   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   |   ☑ ADD name: Complete item 7a or 7b, and item 7c   |   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| MNUCHIN | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| STEVEN | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| TERNER | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE | WASHINGTON | DC | 20220 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| :El | Mikhael | Amirul | |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| |
|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>Mikhael Amirul :El |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>malc400040@gmail.com |
| **C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)<br><br>Mikhael Amirul :El<br>576 LAKEWOOD STREET<br>Detroit, MI 48215 USA |

**Michigan Department of State - Uniform Commercial Code**

Filing Number: 20200322000041-4

Filing Date and Time: 03/22/2020 01:35 PM

Total Number of Pages: 1

*(This document was filed electronically)*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**20200321000061-9**

**1b.** ☐ This FINANCING STATEMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is
continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:

This Change affects ☑ Debtor **or** ☐ Secured Party of record

AND Check **one** of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☑ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME<br>**COLEMAN** | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME<br>**DONALD** | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS<br>**421 MADISON AVENUE** | CITY<br>**DETROIT** | STATE<br>**MI** | POSTAL CODE<br>**48226** | COUNTRY<br>**USA** |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check **one** of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME<br>**:El** | FIRST PERSONAL NAME<br>**Mikhael** | ADDITIONAL NAME(S)/INITIAL(S)<br>**Amirul** | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

---

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mikhael Amirul :El

**B. E-MAIL CONTACT AT FILER (optional)**
malc400040@gmail.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
Mikhael Amirul :El
576 LAKEWOOD STREET
Detroit, MI 48215 USA

Michigan Department of State – Uniform Commercial Code

Filing Number: 20200322000035-3
Filing Date and Time: 03/22/2020 12:51 PM
Total Number of Pages: 1

*(This document was filed electronically)*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20200321000061-9

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                      AND Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☑ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | |
|---|---|
| **6a. ORGANIZATION'S NAME** | |

OR

| **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | |
|---|---|
| **7a. ORGANIZATION'S NAME** | |

OR

**7b. INDIVIDUAL'S SURNAME**
MILLENDER

**INDIVIDUAL'S FIRST PERSONAL NAME**
PENNIE

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**
B

SUFFIX

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 421 MADISON | DETROIT | MI | 48226 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |

OR

| **9b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| :El | Mikhael | Amirul | |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Mikhael Amirul :El

**B. E-MAIL CONTACT AT FILER** (optional)
malc400040@gmail.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
Mikhael Amirul :El
576 LAKEWOOD STREET
Detroit, MI 48215 USA

Filing Number: 20200322000036-2

Filing Date and Time: 03/22/2020 12:51 PM

Total Number of Pages: 1

*(This document was filed electronically)*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ |
|---|---|
| 20200321000061-9 | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: **attach** Amendment Addendum (Form UCC3Ad) **and** provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:      **AND** Check **one** of these three boxes to:

This Change affects ☑ Debtor **or** ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; **and** item 7a or 7b **and** item 7c    ☑ ADD name: Complete item 7a or 7b, **and** item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S SURNAME | | | |
| DILLARD | | | |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| JOSEPH |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18222 LIVERNOIS AVENUE | DETROIT | MI | 48221 | USA |

8. ☐ **COLLATERAL CHANGE:** **Also** check **one** of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| :El | Mikhael | Amirul | |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

To order this form visit www.printcrafts.com
Target Information ...

Case 2:20-cv-12297-BAF-RSW   ECF No. 1   filed 08/13/20   PageID.19   Page 19 of 32

Approved, SCAO

| 1st copy - Defendant | Original - Court | 2nd copy - Defendant |
| | | 3rd copy - Plaintiff |

| STATE OF MICHIGAN | | CASE NO. MILGENDER |
| 36th **JUDICIAL DISTRICT** | **JUDGMENT LANDLORD-TENANT** | 20 342 561 LT |

Court address: 421 Madison, Detroit, MI 48226          Court telephone no. 313-965-6096

Plaintiff: **Parkside Investment Mgmt., LLC**          v          Defendant: **Occupant(s)**

Joseph Dillard  P37225
18222 Livernois Ave.
Detroit, MI  48221

Plaintiff/Attorney          ☐ Personal service

Occupant(s)
576 Lakewood
Detroit, MI  48215

Defendant/Attorney          ☐ Personal service

**THE COURT FINDS:**

by  ☐ hearing  ☑ default*  ☐ consent**

*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

**POSSESSION JUDGMENT**

☐ 1. The plaintiff has a right to recover possession of the property.
☑ 2. There is now due to the plaintiff for nonpayment of rent and other money due under the lease:
   a. Rent to retain possession  $ _____
   b. Other money due............  $ _____
   c. Costs.................................  $ 155.00
   d. Total .................................  $ _____
☐ 3. The defendant has a right to retain possession.

**IT IS ORDERED:**

☐ 4. ☐ a. The plaintiff can apply for an order evicting the defendant if the defendant does not pay the plaintiff or the court the amount due in item 2d above or does not move out on or before _____ Date

xx ☐ b. The plaintiff can apply for an order evicting the defendant if the defendant does not move out on or before 2-18-20
Date

☐ c. An immediate order of eviction shall be entered pursuant to MCL 600.5744(2).

xx ☐ 5. The defendant may be liable for money damages after moving if additional rent is owed or if there is damage to the property.

☐ 6. Acceptance of partial payment of the total amount due in item 2d above  ☐ will  ☐ will not  prevent the court from issuing an order evicting the defendant.

☑ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. A possession judgment was previously entered.          Damages  $ _____
☐ 9. A money judgment, which will earn interest at statutory rates, is entered as follows:   Costs  $ _____
                                                                                          Total  $ _____

**10. THE COURT FURTHER ORDERS:** _____

Date 2 7 20          Judge _____ P37224          Bar no.

**YOU ARE ADVISED** that you may file a motion for a new trial, a motion to set aside a default judgment, or an appeal and appeal bond, which must comply with all court rules and must be filed in court by _____ Date 2-13-20          You may want legal help.

FOR AND IN THE ABSENCE OF
JUDGE B. PENNIE MILLENDER

☐ MCR 4.201(I) was explained to the parties.

**CERTIFICATE OF MAILING:** I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

Date 2-1-2000          Deputy clerk _____

☐ **Approved:**
Date 2-7-2020          Plaintiff/Attorney _____
Date _____          Defendant/Attorney _____

DC 105  (6/17)  **JUDGMENT, LANDLORD-TENANT**          MCL 600.5744  MCR 4.201(K)(1)(d)

*Copy* 12-4-20

# STATE OF MICHIGAN

RETURNED CALLED & LEFT ME

## 36 TH DISTRICT COURT FOR THE CITY OF DETROIT

---

### REQUEST FOR TRANSCRIPT

*Note: This is not an Official Order until deposit has been received.*

(PLEASE PRINT)

Parkside Investment Mgmt LLC,
**PLAINTIFF**

Occupant(s).
**DEFENDANT**

Mikhael Itminul El
**(NAME OF REQUESTING PARTY)**                    DATE 03/02/2020

ADDRESS: 1926 Edsel Street
**(MAILING ADDRESS OF REQUESTING PARTY - INCLUDE APARTMENT #)**

Detroit          Mi 48217   (313) 334-9820
**CITY**          **STATE** **ZIP CODE** **AREA CODE**     **DAYTIME TELEPHONE NUMBER**

**CASE NUMBERS:**

36TH DISTRICT COURT:

20 342 561 LT

WAYNE COUNTY CIRCUIT COURT:

---

I REQUEST A TRANSCRIPT OF THE ABOVE-ENTITLED MATTER HELD ON:

2/7/2020 BEFORE THE HONORABLE    JUDGE MILLENDER
**(DATE)**                                    **(JUDGE)** 2401

PLEASE CHECK THE APPROPRIATE TRANSCRIPT REQUEST:

____APPEAL                           ____EXPEDITED*
(28 Days)                              (7 Days)

____NON-APPEAL                       √ DAILY*
(Regular Order)                        (One Day)
                                      *REQUIRES A HIGHER PER-PAGE RATE

COURT REPORTER: B. Massey          RECEIVED: 3-02-2020
                    Request Taken By:

DC 28 TR

STATE OF MICHIGAN

IN THE 36TH DISTRICT COURT FOR THE COUNTY OF WAYNE

CIVIL/REAL ESTATE DIVISION

PARKSIDE INVESTMENT MANAGEMENT LLC

vs

DISTRICT COURT
CASE NO. 20 342561 LT

OCCUPANT(S)
Defendant.
_____/

**HEARING**

BEFORE THE HONORABLE PATRICIA L. JEFFERSON

Detroit, Michigan - Friday, February 7, 2020

APPEARANCE:

For the People:

For the Defendant:

Reported By:

BETTY A. MASSEY, CSMR #6918
Official Court Reporter
(313) 801-0697

1

TABLE OF CONTENTS

WITNESS                                                            PAGE

None

1          Detroit, Michigan

2          Friday, February 7, 2020

3          (Proceedings began @ 2:05 p.m.)

4          THE COURT: Calling matters of Default: the

5     following matters are Defaults:

6          Parkside Investment Management versus Occupants; 20-

7     342561; Termination of Tenancy.

8          Case No. 20342521, Stephen McAlpine versus Elijah Irvin

9     and occupants; Complaint for possession.

10         Stephanie McAlpine versus Kimberly Maxwell and all other

11    occupants, 20342522; non-payment of rent-outstanding rent,

12    $1,760.00

13         Case number 20342628, Gardner Properties vs. Tina

14    Phillips and all other occupants, non-payment of rent,$2,400.00.

15         20342629, Gardner Properties vs. Jessica Smith and all

16    other occupants, for nonpayment of rent, $1,050.00.

17         And, White Shore Real Estate vs. Wally Newsted,

18    20342630, nonpayment of rent, $1,510.00.

19         In each of the matters the defendants in fact, were

20    notified to be present.

21         Judgments will be entered by default.

22         (Proceeding concluded)

23

24

25

3

CERTIFICATE


STATE OF MICHIGAN )

               )ss

COUNTY OF WAYNE   )

        I, Betty Massey, Certified Steno Mask Reporter, do

hereby certify that the foregoing pages 1 through 4,

inclusive, comprise a complete, true and correct transcript

of the testimony and proceedings taken in this matter of

Parkside Investment Management vs. Occupant(s),

Case No. 20342561 LT, on February 7, 2020.



                      _Betty Massey_____

                    Betty Massey, CSMR #6918

                    (313) 801-0697



Dated: 7-30-20

*Betty A. Massey*
*Official Court Reporter*
*(313) 801-0697*

### TRANSCRIPT   RECEIPT

*July 30, 2020*

*Total:* **$12.12**

*Received of:  $12.12/Cash*
*From: Mikhael Amirul-El*
*Balance Due:  -0-*

*Re:    Parkside Investment Management LLC*
*Case No. 20 324561*
*(Before the Honorable Patricia L. Jefferson, on February 7, 2020)*

*Thank you very much!*

Betty A. Massey, CSMR #6918

Mikhail Amirul-El

36th District Court, Landlord-Tenant Division
421 Madison, Detroit, MI 48226

## ORDER OF EVICTION UPDATE FORM

July 23, 2020

Dear Plaintiff/Plaintiff's Attorney,

You currently have a pending Application for Order of Eviction and/or an Order of Eviction that has not been executed by a court officer.

The Court requests the following:

1. Complete this form;
2. Mail or fax this completed form back to the Court within 14 days of the date listed above.
3. Mail a copy of this completed form to the defendant/tenant.

Please respond within 14 calendar days of the date listed above. The documents may be mailed or faxed to 313-967-7551. Failure to timely respond may result in your application being denied or Order of Eviction being quashed.

***You must submit a separate Order of Eviction Update for each case.***

Case Number: __20342561 - LT__

Defendant Name: __OCCUPANTS__

Defendant Telephone Number: __N/A__

Defendant Address: __576 LAKEWOOD, DETROIT, MI 48215__

Defendant E-mail address: __N/A__

**Please circle one:** Do you still intend to proceed with the eviction process?   (Yes)   No

What, if anything, has occurred concerning the defendant and subject property since filing of eviction application? __NOTHING.__

Name of person completing this form: __ATTORNEY Joseph F Dillard__

| CERTIFICATE OF MAILING |
|---|

I certify that a copy of this Order of Eviction Update Form was mailed to the defendant on the date below.

X_/s/ _____ P37225

Plaintiff/Plaintiff Attorney
Attorney Joseph F Dillard

X   8/3/2020

Date

| STATE OF MICHIGAN<br>36TH JUDICIAL DISTRICT | REGISTER OF ACTIONS | CASE NO: 20342561    LT<br>STATUS: CLSD |
|---|---|---|

Court Address 421 MADISON AVENUE              Court Telephone
       DETROIT        MI   48226                 (313) 965-5594

JUDGE OF RECORD: MILLENDER, BEATRICE PENNIE,      P-41467

|  |  |  |
|---|---|---|
| P01   PLAINTIFF            (CLSD)<br>**PARKSIDE INVESTMENT MANAGEMENT LLC//** | | Attorney<br>P-37225<br>DILLARD, JOSEPH F.,<br>18222 LIVERNOIS AVE<br>DETROIT       MI 48221<br>(313) 862-3150 |

D01   DEFENDANT           (CLSD)
      OCCUPANTS//
      576 LAKEWOOD
      DETROIT        MI 48215

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| 01/28/20 | | |
| P01 | SUMM & COMP   TERMINATION OF TENANCY FIDILLARD, JOSEPH   P-37225 | 817 |
| D01 | SUMM & COMP   BY PLAINTIFF ISSUED | 790 |
| ALL | HEARING SCHEDULED     02/07/20   01:00P | 790 |
| | FILING FEE PAID       $55.00   RCPT # CD51246 | 790 |
| | CREDIT CARD TENDERED | 790 |
| 02/04/20 | | |
| D01 | SUMM & COMP   POSTED - SERVED (GORDON ) | 817 |
| 02/05/20 | | |
| | D01 ADDRESS ADDED | 817 |
| 02/07/20 | | |
| D01 | JUDGMENT BY DEFAULT ENTERED (POSSESS) | 079 |
| | COPIES MAILED. | 079 |
| | JUDGE PATRICIA JEFFERSON FOR AND IN THE | 079 |
| | ABSENCE OF JUDGE B. PENNIE MILLENDER/ | 079 |
| | BETTY MASSEY #6918 | 079 |
| 02/21/20 | | |
| P01 | ORDER OF EVICTION, FILED (GORDON ) | 871 |
| | WRIT FIL FEE PAID       $15.00   RCPT # CB62006 | 144 |
| | CREDIT CARD TENDERED | 144 |
| 03/02/20 | | |
| D01 | ORDER OF EVICTION, ENTERED (SIGNED ) | 079 |
| | COPIES MAILED. | 079 |
| | JUDGE B. PENNIE MILLENDER/ASHEPARD | 079 |
| | REQUEST FOR TRANSCRIPT RECEIVED | 531 |
| 03/10/20 | | |
| | RECEIVED; ORDER OF UNITED STATES DISTRICT | 747 |
| | COURT REMANDING CASE FOR LACK OF SUBJECT | 747 |
| | MATTER JURISDICTION. | 747 |

***** END OF REGISTER OF ACTIONS ***** 07/17/20 10:24

Ecording Nationwide with ease
a Target Information Management Company

Original - Court officer return
1st copy - Court
2nd copy - Defendant
3rd copy - Plaintiff

~~ed, SCAO

| STATE OF MICHIGAN | APPLICATION AND ORDER OF EVICTION | CASE NO. |
| 36th JUDICIAL DISTRICT | Landlord-Tenant / Land Contract | 20 342 561 LT |

Court address 421 Madison, Detroit, MI 48226    313-965-6096 Court telephone no.

| Plaintiff's name, address, and telephone no. | | Defendant's name(s) and address(es) |
| Parkside Investment Mgmt., LLC<br>10721 E. Jefferson Ave.,#130<br>Detroit, MI 48214<br>S. Smiley 313-999-1268 | v | Occupant(s)<br>576 Lakewood<br>Detroit, MI 48215 |

Plaintiff's attorney, bar no., address, and telephone no.

Joseph Dillard  P37225
18222 Livernois Ave.
Detroit, MI 48221
248-227-0177

**NOTE:** An application may be required even though a request for an order of eviction is granted in the judgment.

**APPLICATION**

1. On **Feb. 7, 2020** judgment was entered against the defendant(s) and the plaintiff was awarded
   Date
   possession of the following described property: _____

   576 Lakewood, Detroit, MI 48215

2. No payment has been made on the judgment or no rent has been received since the date of judgment, except the sum of

   $ **0-0** received under the following conditions: **no conditions**

3. The plaintiff has complied with the terms of the judgment.

4. The time stated in the judgment before an order of eviction can be issued has elapsed.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**Feb. 21, 2020**                     P37225
Date                        Plaintiff/Attorney signature

**ORDER OF EVICTION**

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:**

**To the Court Officer:** You are ordered to restore the plaintiff to, and put the plaintiff in, full possession of the premises.

**3/2/20**                     Judge  B. PENNIE MILLENDER, JUDGE Bar no.
Date issued                                P41467

**NOTE:** In tenancy cases, this order must be executed within 56 days of the issuance date.

MCL 600.5744, MCR 4.201(L),
MCR 4.202(K)

DC 107  (3/16)  APPLICATION AND ORDER OF EVICTION, Landlord-Tenant / Land Contract

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **(a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Mikhael Amirul El | JOSEPH DILLARD |

**(b)** County of Residence of First Listed Plaintiff   **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Wayne**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other<br><br>**LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC chapter 47

Brief description of cause:
false claims on private property

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  250,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  08/10/2020

SIGNATURE OF ATTORNEY OF RECORD   *Mikhael Amirul El*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

RSUANT TO LOCAL RULE 83.11

1.         Is this a case that has been previously dismissed?                    ☐ Yes
                                                                                ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.    Other than stated above, are there any pending or previously        ☒ Yes
      discontinued or dismissed companion cases in this or any other       ☐ No
      court, including state court? (Companion cases are matters in which
      it appears substantially similar evidence will be offered or the same
      or related parties are present and the cases arise out of the same
      transaction or occurrence.)

If yes, give the following information:

Court: _36ᵗʰ Judicial District_

Case No.: _20 342 561 LT_

Judge: _Pennie B. Millender_

Notes :

Moorish Empire
All Rights Reserved and Retained
Mikhael Amirul :El (Jura Summi Imperi)
c/o 576 Lakewood
Detroit Territory, Michigan Republic [Zip Exempt]
Northwest Amexem

7018 2290 0001 3861 5858

U.S. POSTAGE PAID
PCM US ENV
DETROIT, MI
48226
AUG 13, 20
AMOUNT
$7.80
1000       48226       R2307M152670-31

United States District Court
of the East District of Michigan
Clerk's Office
231 W Lafayette Blvd. (Courthouse)
(Room 599)
Detroit, Michigan 48226

RETURN RECEIPT
REQUESTED



CERTIFIED MAIL

70